UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAIAN CARLOS ANGELISTA, Petitioner, v. TODD BLANCHE et al., Respondents. | CASE NO. 26-cv-04257-JHC ORDER |

This matter comes before the Court on Petitioner's Motion for Leave to Proceed In Forma Pauperis (IFP). Dkt # 1.

Because Petitioner does not appear to have funds available to afford the $405.00 filing fee, Petitioner financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). The Court thus GRANTS Petitioner's IFP application. Dkt. # 1.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 4th day of November, 2026.

John H. Chun
United States District Judge